UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENNETH W. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-0021 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| MARK KING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Leave to File Second Amended Complaint filed by the plaintiff Kenneth Stewart (Docket No. 92) is **GRANTED** and the Motion for Judgment on the Pleadings filed by defendant Claribelle C. Dela Cruz (Docket No. 89) is **DENIED AS MOOT**.

It is so ordered.

Enter this 5th day of March 2010.

ALETA A. TRAUGER
United States District Judge