IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH W. STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-21 |
| ) | Judge Trauger |
| MARK KING, individually and in his ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss or, in the Alternative, Revoke Pauper Status filed by defendants Mark King, Aletia Graham, Wanda Buchanan, Sharon Blakely, Brenda Harder, Carol Williams, Tammy Goodwin, Edwin Smith, and Darryl Thomas (Docket No. 102) is **DENIED**.

It is so Ordered.

Entered this 20th day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge