IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **KENNETH W. STEWART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:09-cv-21** |
| | ) | **Judge Trauger** |
| **MARK KING, individually and in his** | ) | |
| **official capacity,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

For the reasons expressed in the accompanying Memorandum, the plaintiff's Motion for Leave to File Third Amended Complaint (Docket No. 128) is **DENIED**.

It is so ordered.

Enter this 24th day of January 2011.

_____
ALETA A. TRAUGER
United States District Judge