IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **KENNETH W. STEWART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:09-CV-21 |
| **MARK KING, individually and in his** | ) | **JURY DEMAND** |
| **official capacity, ALETIA GRAHAM,** | ) | |
| **L.P.N, DELA CRUZ, R.N., WANDA** | ) | Judge Trauger |
| **BUCHANON, L.P.N., F/N/U SHCESLER,** | ) | |
| **L.P.N., SHARON BLAKELY, BRENDA** | ) | |
| **HARDER, L.P.N., CAROL WILLIAMS,** | ) | |
| **L.P.N., TAMMY GOODWIN, R.N.,** | ) | |
| **EDWIN SMITH, R.N., individually and** | ) | |
| **in his official capacity, MAMBU NWOZD,** | ) | |
| **M.D., and SERGEANT DARRYL** | ) | |
| **THOMAS, individually and in his official** | ) | |
| **capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL

COME NOW the parties, by and through counsel, and hereby give notice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, of Plaintiff Kenneth W. Stewart's voluntary dismissal, with prejudice in this action against all named parties. The parties hereby stipulate and agree that this entire action is being voluntarily dismissed by the Plaintiff with the agreement of Defendants. The parties further stipulate and agree that this voluntary dismissal will be with prejudice to the plaintiff. All parties will bear their own costs.

DATED THIS 19th day of April, 2011.

_____
ALETA A. TRAUGER
United States District Judge

APPROVED FOR ENTRY:

/s/ Kinika L. Young_____
Michael L. Dagley, BPR No. 12895
Kinika L. Young, BPR No. 25777
J. Taylor Chenery, BPR No. 27147
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-2792
*Counsel for Plaintiff*


/s/ Jennifer L. Brenner (with permission)
Jennifer L. Brenner, BPR No. 22692
Rebecca Lyford, BPR No. 6912
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202
*Counsel for State Defendants*



/s/ P. Brocklin Parks (with permission)
James E. Looper, Jr., BPR No. 25200
P. Brocklin Parks, BPR No. 20930
Hall, Booth, Smith & Slover, P.C.
The Tower
611 Commerce Street
Suite 3000
Nashville, TN 37203
*Counsel for Defendant Mambu Nwozo*